# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NEDAL NABHAN

        Plaintiff
  v.

                                                      Civil Action No.  2:21-cv-253

INDIANA STATE POLICE
THOMAS A BURGETT, *sued in his official and individual capacity*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other:  Judgment is ENTERED in favor of Indiana State Police and Thomas A Burgett and against Nedal Nabhan.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Theresa L Springmann on a Motion for Summary Judgment by Defendants.

DATE: 12/19/2024                          CHANDA J. BERTA, CLERK OF COURT

                                            by   s/ M. Murray_____
                                            *Signature of Clerk or Deputy Clerk*